JS-6

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ADRIAN BACON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARTIFICIAL GRASS LIQUIDATORS LOCATION 1, INC.; and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No.: 8-18-cv-01220-JLS-ADS<br><br>District Judge: Hon. J. L. Staton<br><br>**CLASS ACTION**<br><br>**ORDER OF DISMISSAL** |

| | |
|---|---|
| 1 | Upon review of the stipulation of dismissal filed by Plaintiff Adrian Bacon ("Plaintiff") and Defendant Artificial Grass Liquidators Location 1, Inc. ("Defendant") the Court, having considered the stipulation filed on the docket (Doc. 58) as well as the parties' settlement agreement lodged under seal (Doc. 59), finds good cause and GRANTS the stipulation. The Court concludes that the factors set forth in *Diaz v. Tr. Territory of Pac. Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989) weigh in favor of dismissal. (*See* Doc. 58 at 2-4.) |

Accordingly, the Court ORDERS THAT: (1) Plaintiff's individual claims are dismissed with prejudice; (2) the class claims are dismissed without prejudice; and (3) the parties' settlement agreement is sealed.

IT IS SO ORDERED.

Date: February 19, 2020

_____
Honorable Josephine L. Staton
United States District Judge